# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JESSE BANKS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2026

_____

September 15, 2021

Appeal from the Circuit Court for Polk County; Donald G. Jacobsen and Wayne M. Durden, Judges.

Howard L. Dimmig, II, Public Defender, and Deana K. Marshall, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

---

Opinion subject to revision prior to official publication.